UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-cr-00002-JPH-CMM |
| | ) | |
| BOBBY SHEWMAKE, | ) | -07 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court

**ADOPTS** Magistrate Judge Craig M. McKee's Report and Recommendation

and all findings therein, dkt. [693].  The Court now **ORDERS** that Bobby

Shewmake supervised release is therefore **REVOKED**, dkt. [677], and Mr.

Shewmake is sentenced to the custody of the Attorney General or his

designee for imprisonment of 12 months with no supervised release to follow.

**SO ORDERED.**

December 1, 2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C